

Current  Archived

## Press Releases

*October 01, 2008*

U.S. Army awards the Western Hemisphere Institute for Security Cooperation (WHINSEC) Transformation Support Contract to Cubic and Triple-I

The Triple-I Corporation and Cubic Applications (CAI) have joined forces to provide continued Transformation Support services to the Western Hemisphere Institute for Security Cooperation (WHINSEC) at Fort Benning, GA. and Fort Leavenworth, KS.

Since 2005, Triple-I has supported the transformation of WHINSEC's Command and General Staff Officer Training Course (CGSOC) from the legacy curriculum to the new, Army-directed Intermediate Level Education (ILE) curriculum. Triple-I is also responsible for designing and implementing technology-enabled processes at WHINSEC and for assisting the Government in the analysis and assessment of fitness for use of Fort Leavenworth, KS systems to successfully implement the ILE CGSOC more reliably and efficiently. Additionally, Triple-I has supported the Government through the maintenance and development of battle command classroom training capability, ensuring high levels of operability and availability to allow WHINSEC ILE to accomplish its mission of instruction to the Latin American audience.

Since 2005, Cubic Applications (CAI) has supported WHINSEC in executing the transition from legacy CGSOC to ILE. CAI support has included the acquisition, analysis, organization and preparation of three academic years of courseware, coordination with CGSOC instructors, implementation of the Accountable Instructional Systems (AIS) process at WHINSEC, and recommendations for revisions to the ILE curriculum to meet WHINSEC specific requirements.

The new combined team will continue to provide the services above and sustain existing efforts in place at Fort Benning, GA. The existing efforts adapt and transform the WHINSEC ILE Curriculum and support derivative programs to maintain doctrinal and academic currency and relevancy between Fort Leavenworth, KS and WHINSEC, Fort Benning, GA.

About Triple-I
Triple-I is a management consulting and technology services company. Triple-I provides highly tailored business and technical solutions to clients in the government and commercial sectors. Triple-I's nationwide success stems from the heart of its organization – its people. Exceptional people providing exceptional services in the areas of: staff augmentation; project management; custom software development; Information Technology Service Management (ITSM); and Business Process Management (BPM). Triple-I was founded in 1971 and is headquartered in Overland Park, Kansas.

About Cubic
Cubic Applications, Inc., is part of the defense segment of Cubic Corporation, a world leader in realistic combat training systems, mission support services and defense electronics. The corporation's other major segment, Cubic Transportation Systems, designs and manufactures automatic fare collection systems for public mass transit authorities.

Ben Wolkenfeld
888-560-6692
bwolkenfeld@triplei.com

Return to All Press Releases»



Current | Archived

## Press Releases

Click on any headline below to view the complete press release.

**Florida Department of Health awards contract to Triple-I and Daptiv**
The Triple-I and Daptiv team were recently selected to provide configuration, implementation, and training services for Daptiv's Project and Portfolio Management (PPM) on-demand, collaborative business application to the Florida Department of Health.
**November 07, 2008**

**Triple-I Executive Forum Discussion Continues**
The next discussion in the Triple-I Executive Forum Series: People as a Competitive Advantage will be held at the KU Regent's Center, Edwards Campus on the morning of Thursday, November 13, 2008.
**October 27, 2008**

**U.S. Army Fires Center of Excellence awards Knowledge Management Support Services Contract to SAIC and Triple-I**
The Triple-I Corporation was recently selected as a subcontractor by Science Applications International Corporation (SAIC) [NYSE:SAI] to help provide Knowledge Management Support Services to the Knowledge Management Division of the Fires Center of Excellence at Fort Sill, OK.
**October 06, 2008**

**U.S. Army awards the Western Hemisphere Institute for Security Cooperation (WHINSEC) Transformation Support Contract to Cubic and Triple-I**
The Triple-I Corporation and Cubic Applications (CAI) have joined forces to provide continued Transformation Support services to the Western Hemisphere Institute for Security Cooperation (WHINSEC) at Fort Benning, GA. and Fort Leavenworth, KS.
**October 01, 2008**

**1-4** | 5-8 | 9-12 >>