## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE TRIPLE-I CORPORATION, | CONSOLIDATED CASES |
| *Plaintiff*, | Case No. 06-2195- EFM<br>Case No. 06-2381- EFM<br>Case No. 06-2461- EFM |
| vs. | |
| HUDSON ASSOCIATES CONSULTING, INC., ET AL., | |
| *Defendant.* | |

### MEMORANDUM AND ORDER

Before the Court is Defendant's Motion for Leave to File Under Seal its Memorandum in Support of its Motion to Exclude all Evidence from the Triple-I Corporation's Disclosed Expert (Doc. 309). For the following reasons, the court DENIES the motion.

Defendant asserted that it was seeking leave to file its memorandum and supporting documentation under seal because Plaintiff Triple-I had designated the supporting materials as confidential. Defendant stated that it did not believe the information was confidential. Triple-I responded to the motion and stated that it withdrew its designation of the confidential designation on the covers of the two expert reports, and those were the only confidential documents giving rise to the motion for leave to file under seal. (Doc. 314.) As all parties agree that the information is not confidential, there is no need for the memorandum or supporting documents to be filed under seal.

**IT IS ACCORDINGLY ORDERED** this 27th day of February, 2009 that Defendant's

Motion for Leave to File Under Seal (Doc. 309) is hereby DENIED and Defendant is directed forthwith to file its Memorandum in Support of its Motion to Exclude All Evidence from the Triple-I Corporation's Disclosed Expert.

**IT IS SO ORDERED**.

/s Eric F. Melgren
ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE